IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Michael Anthony Sarratt, ) | C/A No. 8:16-cv-03486-RBH-JDA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| South Carolina Department of Corrections, ) | |
| Bryan P. Stirling, Sandra R. Barrett, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Defendants' dispositive motions were due with respect to Plaintiff's Complaint on May 8, 2017. [Doc. 13 at 2.] To date, the Court has not received any dispositive motions in response to Plaintiff's Complaint.

Now, therefore,

IT IS ORDERED that Defendants must file any dispositive motions within ten (10) days of the filing date of this Order. If no dispositive motions are filed within the 10-day period, the Court will infer that Defendant wishes to proceed to trial.

IT IS SO ORDERED.

s/Jacquelyn D. Austin
United States Magistrate Judge

June 19, 2017
Greenville, South Carolina